IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 8:09CR295 |
| vs. | ) |
| | ) ORDER |
| JAMAL A. HOLMES, | ) |
| Defendant. | ) |

Defendant Jamal A. Holmes appeared before the court on Thursday, February 23, 2012 on a Petition for Offender Under Supervision [49] and an Amended Petition for Offender Under Supervision [61]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Michael D. Wellman. Government's oral motion to dismiss the Petition for Offender Under Supervision [49] was granted. Through his counsel, the defendant waived his right to a probable cause hearing on the Amended Petition for Offender Under Supervision [61] pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is not a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **March 9, 2012 at 10:00 a.m.** Defendant must be present in person.

2. The defendant, Jamal A. Holmes, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 23rd day of February, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge